# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**VIRGEN RODRIGUEZ VELAZQUEZ**  Case No. **15-08235-MCF**

Chapter 13  Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

| I. Appearances | | | Date & Time: 11/25/2015 10:38:00AM |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | [X] R  [ ] NR  LV: $4437 (PV$5,147) |
| **Joint Debtor** | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| **Attorney for Debtor** | [X] Present | [ ] Absent | **Creditors:** |

[ ] Prose

[X] Appearing: Roberto Figueroa Colon, Esq.

**Creditors:**
None

**II. Oath Administered**
 [X] Yes  [ ] No

**III. Plan**

Date: 10/21/2015  Base: $15,200.00  Payments 1 made out of 1 due.

Confirmation Hearing Date: 1/8/2016 1:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

 $3,000.00 - $132.00 = $2,868.00

**IV. Status of Meeting**

[X] Closed  [ ] Not Held  [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

VIRGEN RODRIGUEZ VELAZQUEZ

Case No.  15-08235-MCF

Chapter 13    Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br>[ ] Tax returns missing<br>   [ ] State  - years<br><br>   [ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[X] Evidence of income<br> October 15, 2015 | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>   [ ] Licenses issued by: |

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

Debtor to provide evidence of security  for Anderson Financial.

Debtor needs to provide income evidence for non-filing spouse for $1,585.26 monthly.

The following party(ies) object(s) confirmation:

s/Osmarie Navarro    Date:    11/25/2015

Trustee/Presiding Officer    (Rev. 05/13)