UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## Minute of Hearing

**Hearing Information:**

Debtor: VIRGEN RODRIGUEZ VELAZQUEZ     Case Number: 15-08235-MCF

Joint Debtor: _____     Chapter: 13

Date / Time / Room: 6-28-2016 at 1:30 PM     Courtroom: 03

Bankruptcy Judge: MILDRED CABAN FLORES

Courtroom Clerk: MARTA BORREGO

Reporter / ECR: EDNA SANABRIA

**Matter:**
MOTION FOR RELIEF FROM STAY UNDER 362 FILED BY BANCO POPULAR DE PUERTO RICO, SERVICER FOR GINNIE MAE I (DKT #29)

**Appearances:**
Trustee: ALEJANDRO OLIVERAS RIVERA, Debtor(s)' Attorney: ROBERTO FIGUEROA-COLON
Movant/Creditor/Others: SERGIO RAMIREZ DE ARELLANO

**Proceedings:**

☐ Upon respondent(s)' failure to oppose and to appear at the hearing scheduled for this date, the instant motion is granted and the stay is hereby lifted by default in favor of movant.

☐ Parties agreed to _____ in _____ days or stay is lifted.

☐ Motion to Lift Stay was settled by the parties. Hearing becomes moot.

☐ Stipulation was filed on _____. The hearing became moot. Clerk is to follow up.

☐ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

☐ Movant's request to issue new summons is granted. Clerk is to issue new summons.

☐ Movant's application to withdraw the motion to lift stay is granted.

☐ A Final Hearing will be scheduled for: _____.

☐ Clerk is to give notice of hearing.   ☐ 30-day determination period waived by movant._____.

☐ Case converted. Movant is to request new summons, refile its motion for relief of stay and file a certificate of service within 60 days.

☑ Additional Comments:

Notice period has not elapsed, if a timely reply is filed, a final hearing is scheduled on July 19, 2016 at 1:30pm. If no timely reply, the motion will be granted and the stay will be lifted in favor of movant. Clerk is to follow up by 7/5/2016.