# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE: <br><br> **VIRGEN RODRIGUEZ VELAZQUEZ** <br><br> xxx–xx–9042 <br><br> Debtor(s) <br><br> **Banco Popular de PR** <br><br> Movant <br><br> **VIRGEN RODRIGUEZ VELAZQUEZ** <br> **ALEJANDRO OLIVERAS RIVERA** <br><br> **Respondant(s)** | Case No. **15–08235** <br><br> Chapter **13** <br><br><br><br><br><br> FILED & ENTERED ON 7/6/16 |

## *ORDER*

Upon debtor's (s') consent (docket entry #37), the motion for relief of stay filed by Banco Popular de PR (docket entry #29) is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, July 6, 2016 .

                                                                Mildred Caban Flores
                                                                United States Bankruptcy Judge